UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-2459-LOUIS

UNITED STATES OF AMERICA

vs.

LEONARDO SANTILLI

        **Defendant.**
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the complaint against defendant Leonardo Santilli.

    Respectfully submitted,

    */s/ Ricardo A. Del Toro for*
    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

cc:    U.S. Attorney (Michael N. Berger, AUSA)
        Wifredo A. Ferrer (Defense Counsel)
        U.S. Marshal

Leave of Court is granted for the filing of the foregoing Dismissal.

Date:  February 12, 2021               _____
                                                               LAUREN F. LOUIS
                                                              UNITED STATES MAGISTRATE JUDGE